Good morning, esteemed judges of the Ninth Circuit. I am Don Ianuzi, an attorney and appellate in this case representing myself pro se. If it please the Court, I guess the focus of my presentation today is that 28 U.S.C. 636 does not authorize, there's no authorization for a magistrate to issue summary contempts that occur outside the presence of the magistrate. What was outside the presence of the magistrate here? What was outside the presence of the magistrate is the fact that I was not present. Oh, no. Was that outside? He was present. He was there. You weren't. How is that outside his presence? All he needed to know is that you weren't there. He didn't need to know what you were doing. Your Honor, I believe that the, that even a lawyer deserves to explain, has a Fifth Amendment right to explain why he's not present in court, why he's unable to make it. Well, that's a different question. The question we're focusing on right now is, is there statutory authority? It seems to me the answer is pretty clearly yes if you accept the proposition that not being in court when you're supposed to be in court is something in the presence of the magistrate judge. If you accept that, you can go on to your argument about the Fifth Amendment. This really is statutory authority for the magistrate judge to sanction someone for misbehavior within the presence of the magistrate judge. Your Honor, I would agree that there's statutory authority to sanction me. Absolutely. The magistrate had absolute statutory authority to sanction me. He did not have the authority, she did not have the authority to hold me in criminal contempt and did not have the authority to hold me in contempt. And that's different than a sanction. The judge had absolute statutory authority to sanction me. Are you referring to something different than what is in E-2? The 636 E-2, contempt authority, summary criminal contempt authority. Yes, but you referred to it as a sanction, not a contempt. Okay, I'll call it contempt. Do you dispute that that section applies to the situation? Your Honor, a criminal contempt, a contempt without notice or hearing, a summary contempt is – carries with it a contender, I would argue, should have the right to – even a lawyer should have a right to explain to have a notice and a hearing before he's found criminally contempt. Now, you're moving to another proposition. What I want to establish first is whether you dispute that there is statutory authority for the magistrate judge to do what she did. Yes, I dispute that there is statutory authority. I believe that because the facts surrounding my failure to appear are based on events that occur totally outside the presence of the court, I should be able to explain this. So, counsel, your view is that non-appearance in the presence in front of a judge is not – cannot be misbehavior in front of that judge. Is that your position? My – no, that is not my position. My position is that it can be misbehavior and it can be the subject of sanctions. Well, is it in the – if someone is not there when they've been ordered to be there, does that count as misbehavior in the judge's presence? If we had – if we had ordered everyone in this room to be here rather than just invited them, if we had ordered them to be there – be here and they didn't show up, would that be misbehavior in our presence if we came to an empty courtroom? I – I believe that someone's failure to be there, they have a right to a – That's not the question. No. I don't believe that's necessarily misbehavior, someone's failure to be there. I don't – I believe that's outside the presence of the court. And do you have any authority for that position? The case? No, I don't, Your Honor. Let me – let me move to a different subject. Why – why are you appealing to us, the magistrate judges, or shouldn't you be appealing from the district court's order approving the magistrate judges? Well, I did cite a case for that. And if – And that was the Bingham case, right? Right. And that's the Bingham case. Because we think that Bingham's distinguishable because that was a case where – That occurred prior to 636. Not just that. It was also a case where the magistrate judge's authority to try the case was by consent of the parties, so he had the full Article III range of powers, whereas in this case, the magistrate judge was just acting under his referral authority from the district court. So anything that he did had to be an Article III judge's order, had to be approved and ordered by the district court. That's correct. And you had a right to file objections, which you did, to the district court. When the district court issues its order, isn't that the order you should be appealing to us? Your Honor, the district court – Your Honor, I believe that basically, 7 explains the powers of the – the appeals of magistrate contempt orders. The appeal of an order of contempt under subsection C, which is this is not, generally goes to the court of appeals. The appeal of any other order of contempt issued under this section. And I would argue that this type of contempt, summary contempt outside the presence of the judge, is not in this section. That's – that's what I would argue. It's not contemplated by this section. If you take my argument that not being in court is outside the presence of the judge because the contempt is actually ordered outside the presence of the – the contempt that's ordered is outside the presence of the judge. In that case, wouldn't it be under 6b, which – which speaks of either the act that constitutes a criminal contempt occurs outside the presence of the magistrate judge, or sub 3, the act constitutes a criminal contempt. Either way, it would still be within this section referring to 636. I mean, sub part 7 appears to divide this world of a magistrate judge's contempt citation into two parts. One part of these – if the magistrate judge is acting under the consent authority, and the other part is everything else. And this would be part of the everything else, which suggests that the appeal should go to the district court in the first instance. Well, what's supposed to happen is the magistrate is supposed to certify facts. Well, if that's the case, then you're describing the procedure that's specified under 6. Yes. This is not – what happens is not – But if that's the provision that's supposed to apply, then we're exactly within the sub part of section 7, sub section 7, which says the appeal should be made to the district court, which is Judge Wardlaw's question. I mean, why are we here on what appears to be a direct appeal from the magistrate judge's order instead of having it taken to the district court first? Well, we're here because simply the – because I believe that this was – this occurred outside the presence of the – the contempt occurred outside the presence of the judge. If the contempt occurred outside the presence of the judge, it isn't contemplated by the statute. And here it is. Look at sub part 6A2. Yes, that contemplates – Outside the presence of the magistrate judge. Right. I mean, yes, but this was not that type of contempt. This was a summary. This – my order in my case was issued – a summary order issue was issued. In that case, there was a hearing. There was notice. There was an order to show cause. In my case, there was no hearing. There was no notice. So it couldn't have been within the purview of that section. Did you make these arguments to the district court? The district court summarily approved the order of the magistrate. That wasn't the question. Had you made these arguments? No, I have not made these arguments to the district court. If it was remanded back, I would make these arguments to the district court. Did you file objections? I thought I saw on the record. Did you file objections to the magistrate's order with the district court? No, I did not. Okay. Well, you might have had a better shot before the district court because I'm not sure we have jurisdiction to be hearing this. You're having bypassed the district court. Well, I would argue that the district court didn't have jurisdiction because my appeal had already been filed. If this was a summary, if this was that type of a, if it was a summary contempt outside the presence of a judge where I was afforded no notice and no hearing, then I would argue that my appeal had been filed and that this court had jurisdiction, that the court was divested of jurisdiction at that time. I think we understand your position, and your time has expired. Thank you for coming. Thank you very much. The matter just argued is submitted, and we will take a break for about 10 minutes.
judges: Graber, Wardlaw, Clifton